```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CRISTINA PENA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAHMEIN NAZIFI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00280 KJN |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE JURY TRIAL |
| v. ) | |
| RAHMEIN NAZIFI, ) | Date: October 4, 2010 |
| ) Defendant. ) | Time: 9:00 A.M. |
| _____ ) | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, RAHMEIN NAZIFI, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the trial confirmation hearing set for Wednesday, August 11, 2010 and the jury trial set for September 7, 2010, be vacated and set for trial confirmation hearing on Monday, September 20, 2010 at 2:00 PM, and the jury trial be set for Monday, October 4, 2010 at 9:00 AM.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to fully investigate the facts alleged against Mr. Nazifi to prepare his defense or negotiate a resolution. 18 U.S.C. § 3161(h)(7)(A).

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order until October 4, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

DATED: August 10, 2010

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Lauren D. Cusick
LAUREN D. CUSICK
Assistant Federal Defender
Attorney for Defendant
RAHMEIN NAZIFI

DATED: August 10, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Stegman
MATTHEW STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 10, 2010

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

-2-