```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
TATIANA FILIPOVA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAHMEIN NAZIFI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00280 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RAHMEIN NAZIFI, | ) | Date: October 4, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |
| _____ | ) | |

The United States of America, through Matthew Stegman, Assistant United States Attorney, together with defendant, Rahmein Nazifi, by counsel Lauren Cusick, Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for September 20, 2010, 2:00 p.m., and the jury trial set for October 4, 2010, at 9:00 a.m., and set this case for a motion hearing on November 10, 2010 at 10:00 a.m., pursuant to the following briefing schedule.

1      The parties stipulate to the following briefing schedule and
2 hearing date:
3      Defendant's Motion due . . . . . . . . . . . . . October 8, 2010
4      Government's Response due . . . . . . . . . . . October 22, 2010
5      Defendant's Reply due . . . . . . . . . . . . . October 29, 2010
6      Motion Hearing . . . . . . . . . November 10, 2010 at 10:00 a.m.
7
8      The parties agree that the Court may set a new jury trial date, if
9 necessary, following the motion hearing.  The parties anticipate that
10 this will be a non-evidentiary hearing on a motion to suppress with
11 limited oral arguments, but will notify the Court if this changes.  The
12 parties stipulate that the time between September 16 and October 8,
13 2010 should be excluded under the Speedy Trial Act (18 U.S.C.
14 §3161(h)(7)(A)), due to the need to provide defense counsel with
15 reasonable time to research, write and prepare the anticipated motion.
16 The parties further stipulate that the time period from October 8,
17 2010, to November 10, 2010, be excluded under 18 U.S.C. §3161(h)(1)(D)
18 and Local Code E for a pending motion.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  The parties agree that for the above reason, the ends of justice
2 served by granting the continuance outweigh the best interest of the
3 public and the defendant in a speedy trial.

5 Dated:   September 17, 2010              Respectfully submitted,
6                                          DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/Lauren Cusick
8                                          LAUREN CUSICK
                                           Assistant Federal Defender
9                                          Attorney for Defendant
                                           RAHMEIN NAZIFI

12 Dated: September 16, 2010               BENJAMIN B. WAGNER
                                           United States Attorney

13                                         /s/ Michelle Prince
                                           Michelle Prince
14                                         Assistant U.S. Attorney

16                              ORDER

17 IT IS SO ORDERED.

19 Dated: September 20, 2010               /s/ Kendall J. Newman
                                           HON. KENDALL J. NEWMAN
                                           United States Magistrate Judge