IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                                             No. 2:10-cr-00280 KJN

    v.

RAHMEIN NAZIFI,

        Defendant.                                        <u>ORDER</u>

_____/

        On November 10, 2010, the undersigned heard defendant's motion to suppress statements made by defendant and physical evidence seized as a result of February 6, 2010 investigatory stop, which led to defendant being charged with one count of violation of 21 U.S.C. § 844(a). (<u>See</u> Dkt. Nos. 1, 12, 18.)  For the reasons stated on the record at the hearing on defendant's motion to suppress, IT IS HEREBY ORDERED that:

        1.     Defendant's motion to suppress (Dkt. No. 12) is denied in its entirety.

        2.     Counsel for the parties shall appear at a status conference before the undersigned on December 1, 2010, at 9:00 a.m.  Defendant's appearance may be excused at that

////

////

////

status conference.

    IT IS SO ORDERED.

DATED: November 10, 2010

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE